IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 07-cv-01442-BNB

DOUGLAS JAY WEST,
    Plaintiff,

v.

CORRECTION CORP. OF AMERICA (CCA),
ORTIZ, JOE, Exec. Director, CDOC,
WARDEN CROUSE (CCA), Crowley Corr. Facility,
CORR. OFCR. HAM,
LT. BISHOP,
LT. PERRY, and
(DOES), to be named upon discovery,
    Defendants.

## ORDER OF DISMISSAL

Plaintiff Douglas Jay West initiated this action by filing *pro se* a Prisoner Complaint. On August 29, 2007, he filed on the proper form an amended Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights have been violated. On October 1, 2007, Magistrate Judge Boyd N. Boland ordered Mr. West to file a second amended complaint to allege specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. Mr. West was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

Mr. West has failed within the time allowed to file a second amended complaint and he has failed to respond to Magistrate Judge Boland's October 1 order in any way. Therefore, the action will be dismissed. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this 7 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01442-BNB

Douglas Jay West
Prisoner No. 108376
Buena Vista Corr. Facility
PO Box 2017 - SEG - UN 14
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  11/8/07

                        GREGORY C. LANGHAM, CLERK

                        By: _____
                               Deputy Clerk